IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CR258 |
| vs. ) | |
| ) | **PRELIMINARY ORDER** |
| LATASHA DORTCH, ) | **OF FORFEITURE** |
| ) | |
| Defendant. ) | |

This matter comes on before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 42). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.  The Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I, III, IV and V of the Indictment. Count I charges the Defendant with one count of conspiracy to distribute and possess with intent to distribute crack cocaine, in violation of 21 U.S.C. § 846. Count III charges the Defendant with one count of making false statements in violation of 18 U.S.C. § 1001(a)(2). Count IV seeks the forfeiture, pursuant to 21 U.S.C. § 853, of $38,775.00 in United States currency on the basis that it was used or intended to be used to facilitate the offense charged in Count I or was derived from proceeds obtained directly or indirectly as a result of the commission of the crime charged in Count I. Count V seeks the forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of a .357 Magnum Dan Wesson revolver, serial no. 163902, on the basis it was a firearm involved or used in the knowing commission of the offense charged in Count I.

2. By virtue of said plea of guilty, the Defendant forfeits her interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS THEREFORE ORDERED:

A. The United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 42) is hereby sustained.

B. Based upon Counts IV and V of the Indictment and the Defendant's plea of guilty, the United States is hereby authorized to seize the $38,775.00 in United States currency and the .357 Magnum Dan Wesson revolver, serial no. 163902.

C. The Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

E. Pursuant to 21 U.S.C. § 853(n)(1), the United States of America forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, in the county where the subject properties are situated, notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F.  Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 4th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge